IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Robert P. Sellati, Jr. and<br>Robin S. Sellati<br>    Debtor(s) | Bankruptcy No.  18-22227-GLT<br><br>Chapter 13 |
| Robin S. Sellati<br>    Movant(s)<br><br>v.<br><br>LVNV Funding, LLC and<br>Ronda J. Winnecour, Trustee<br>    Respondent(s) | Related to Doc. 45, 46, 53<br><br>Related to Claim:  17 |

**CERTIFICATION OF NO OBJECTION REGARDING
OBJECTION TO PROOF OF CLAIM**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection filed on **November 7, 2018** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection appears thereon. Pursuant to the Amended Notice of Hearing, objections to the Objection were to be filed and served no later than **November 25, 2018**.

It is hereby respectfully requested that the Order attached to the Objection be entered by the Court.

                                                        MOYNIHAN LAW, P.C.

Dated: November 27, 2018                 /s/ Mark G. Moynihan
                                                        Mark G. Moynihan, Esquire
                                                        Attorney for Debtor(s)
                                                        PA 307622
                                                        2 Chatham Center, Suite 230
                                                        Pittsburgh, PA 15219
                                                        Phone:  (412) 889-8535
                                                        Fax:  (800) 997-8192
                                                        Email: mark@moynihanlaw.net