FILED
11/27/18 4:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Robert P. Sellati, Jr. Robin S. Sellati<br>    Debtor(s) | Bankruptcy No. 18-22227-GLT<br><br>Chapter 13 |
| Robin S. Sellati<br>    Movant(s)<br><br>v.<br><br>LVNV Funding, LLC<br>Ronda J. Winnecour, Trustee<br>    Respondent(s) | Related to Document No. 45<br><br>Related to Claim:     17 |

### ORDER OF COURT

AND NOW, this __27th Day of November, 2018_____, upon consideration of the Objection to Proof of Claim and the proceedings thereon, it is hereby ORDERED, ADJUDGED and DECREED:

1. The claim filed by LVNV Funding, LLC, being Claim 17, is DISALLOWED; and

2. LVNV Funding, LLC shall not file an amended, modified or substitute claim in this case.

Prepared by: Mark G. Moynihan, Esq.

BY THE COURT

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert P. Sellati, Jr.  
Robin S. Sellati  
    Debtors

Case No. 18-22227-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: mgut        Page 1 of 1        Date Rcvd: Nov 27, 2018  
                      Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2018.  
db/jdb        +Robert P. Sellati, Jr.,   Robin S. Sellati,   3121 Bethel Church Rd,   Bethel Park, PA 15102-1203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2018 at the address(es) listed below:  
        James Warmbrodt   on behalf of Creditor   IBM Southeast Employees Federal Credit Union bkgroup@kmllawgroup.com  
        Jeffrey R. Hunt   on behalf of Creditor   Municipality of Bethel Park jhunt@grblaw.com, cnoroski@grblaw.com  
        Jerome B. Blank   on behalf of Creditor   WELLS FARGO BANK, N.A. pawb@fedphe.com  
        Mark G. Moynihan   on behalf of Debtor Robert P. Sellati, Jr. mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com  
        Mark G. Moynihan   on behalf of Joint Debtor Robin S. Sellati mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Peter E. Meltzer   on behalf of Creditor   Midland Funding LLC bankruptcy@wglaw.com, mrivera@wglaw.com  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
                                                      TOTAL: 8