IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Robert P. Sellati, Jr.<br>Robin S. Sellati<br>    Debtor(s) | Bankruptcy No. 18-22227-GLT<br><br>Chapter 13<br><br>Related to Doc No. 65, 66 |
| Robert P. Sellati, Jr.<br>Robin S. Sellati<br>    Movant(s)<br><br>v.<br><br>Ronda J. Winnecour, Trustee<br>    Defendant/Respondent | Hearing Date: April 10, 2019 at 10:00AM |

**CERTIFICATION OF NO OBJECTION REGARDING
DEBTORS' MOTION TO APPROVE POST-PETITION VEHICLE FINANCING**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **February 28, 2019** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **March 17, 2019**.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                                          MOYNIHAN LAW, P.C.

Dated: March 19, 2019                          /s/ Mark G. Moynihan
                                                          Mark G. Moynihan, Esquire
                                                          Attorney for Debtor(s)
                                                          PA 307622
                                                          2 Chatham Center, Suite 230
                                                          Pittsburgh, PA 15219
                                                          Phone: (412) 889-8535
                                                          Fax: (800) 997-8192
                                                          Email: mark@moynihanlaw.net