FILED
3/20/19 12:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Robert P. Sellati, Jr.<br>Robin S. Sellati<br>　　Debtor(s) | Bankruptcy No. 18-22227-GLT<br><br>Chapter 13<br><br>Related to Dkt. No. 65 |
| Robert P. Sellati, Jr.<br>Robin S. Sellati<br>　　Movant(s)<br><br>　　　v.<br><br>Ronda J. Winnecour, Trustee<br>　　Defendant/Respondent | |

**ORDER OF COURT**

AND NOW, this    20th    Day of    March, 2019,    upon consideration of the Debtors' MOTION TO APPROVE POST-PETITION VEHICLE FINANCING it is hereby ORDERED that the Debtors' request for approval of post-petition purchase and financing for the purpose of securing a used automobile is APPROVED subject to the following terms:

a. Loan amount not to exceed $17,000;

b. Loan term not to exceed 72 months;

c. Monthly payment not in excess of $350.00;

d. Interest rate not in excess of 20.00%;

e. Debtors shall file an amended Chapter 13 plan, amended schedules and a report of financing within 14 days after finalizing the negotiations setting forth the finalized terms;

f. The vehicle payments are to be paid through the plan;

g. Treatment of other creditors shall not be changed as a result of the financing.

h. The relief granted by this order shall survive the conversion of this bankruptcy case to another Chapter; and

i. In the instance where financing to purchase a vehicle is not obtained within 60 days of entry of an Order approving same, the Debtors shall file a status report to indicate whether they are continuing to seek financing or have instead abandoned that effort.

Prepared by: ___Mark Moynihan, Esq.___

**DEFAULT ENTRY**

Dated: ___March 20, 2019___

_____ jah
Gregory L. Taddonio
United States Bankruptcy Judge

cm: Mark Moynihan, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert P. Sellati, Jr.
Robin S. Sellati
    Debtors

Case No. 18-22227-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Mar 20, 2019
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2019.
db/jdb        +Robert P. Sellati, Jr.,   Robin S. Sellati,   3121 Bethel Church Rd,   Bethel Park, PA 15102-1203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2019 at the address(es) listed below:
         James Warmbrodt    on behalf of Creditor    IBM Southeast Employees Federal Credit Union bkgroup@kmllawgroup.com
         Jeffrey R. Hunt    on behalf of Creditor    Municipality of Bethel Park jhunt@grblaw.com, cnoroski@grblaw.com
         Jerome B. Blank    on behalf of Creditor    WELLS FARGO BANK, N.A. pawb@fedphe.com
         Mark G. Moynihan    on behalf of Debtor Robert P. Sellati, Jr. mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
         Mark G. Moynihan    on behalf of Joint Debtor Robin S. Sellati mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Peter E. Meltzer    on behalf of Creditor    Midland Funding LLC bankruptcy@wglaw.com, ibernatski@wglaw.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                       TOTAL: 8