IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Robert P. Sellati, Jr.<br>Robin S. Sellati<br>    Debtor(s) | Bankruptcy No.  18-22227-GLT<br><br>Chapter 13<br><br>Related to Doc No. 70, 72 |
| Robert P. Sellati, Jr.<br>Robin S. Sellati<br>    Movant(s)<br><br>    v.<br><br>Allegent Community Federal Credit Union,<br>Ally Bank,<br>Ronda J. Winnecour, Trustee<br>    Respondent | |

### CERTIFICATE OF SERVICE OF ORDER DATED APRIL 12, 2019 [Doc 72], NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN [Doc 70] AND AMENDED PLAN DATED APRIL 9, 2019 [Doc 70]

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on **April 12, 2019**.

The type(s) of service made on the parties was: first-class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

| | |
|---|---|
| Executed on: <u>April 12, 2019</u> | /s/ Mark G. Moynihan<br>Mark G. Moynihan, Esquire<br>Attorney for Debtor(s)<br>PA 307622<br>2 Chatham Center, Suite 230<br>Pittsburgh, PA 15219<br>Phone:  (412) 889-8535<br>Fax:  (800) 997-8192<br>Email: mark@moynihanlaw.net |

**Service by NEF**

Jerome B. Blank on behalf of Creditor WELLS FARGO BANK, N.A.
pawb@fedphe.com

Jeffrey R. Hunt on behalf of Creditor Municipality of Bethel Park
jhunt@grblaw.com, cnoroski@grblaw.com

Peter E. Meltzer on behalf of Creditor Midland Funding LLC
bankruptcy@wglaw.com, ibernatski@wglaw.com

Mark G. Moynihan on behalf of Debtor Robert P. Sellati, Jr.
mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan on behalf of Joint Debtor Robin S. Sellati
mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

James Warmbrodt on behalf of Creditor IBM Southeast Employees Federal Credit Union
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

| | | |
|---|---|---|
| IBM Southeast EFCU<br>c/o McCalla Raymer Leibert Pierce, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Municipality of Bethel Park<br>Goehring, Rutter, and Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Allegent Community<br>Federal Credit Union<br>1001 Liberty Avenue<br>Suite 100<br>Pittsburgh, PA 15222-3726 | Allied Interstate<br>PO Box 361445<br>Columbus, OH 43236-1445 |
| Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | Ally Financial<br>P.O. Box 380901<br>Minneapolis, MN 55438-0901 | American Express<br>Correspondence<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| American Express<br>PO Box 1270<br>Newark, NJ 07101-1270 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |

| | | |
|---|---|---|
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Chase Card Services<br>Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Citibank, N.A<br>PO Box 6077<br>Sioux Falls, SD 57117-6077 | Citibank, N.A.<br>P.O. Box 6286<br>Sioux Falls, SD 57117-6286 | Citibank/The Home Depot<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>PO Box 790040<br>St Louis, MO 63179-0040 |
| Citizen's Bank<br>PO Box 18204<br>Bridgeport, CT 06601-3204 | Citizens Bank<br>1 Citizens Dr<br>Riverside, RI 02915-3000 | Client Services, Inc.<br>3451 Harry S. Truman Blvd<br>Saint Charles, MO 63301-9816 |
| Department Store National Bank/Macy's<br>Attn: Bankruptcy<br>PO Box 8053<br>Mason, OH 45040-8053 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | EGS Financial Care, Inc.<br>PO Box 1020 Dept 806<br>Horsham, PA 19044-8020 |
| Global Credit and Collection Corp<br>PO Box 129<br>Linden, MI 48451-0129 | Huntingon National Bank<br>5555 Cleveland Avenue,<br>GW2W21<br>Columbus, OH 43231-4048 | Huntington National Bank-EA1W18<br>PO Box 182387<br>Columbus, OH 43218-2387 |
| IBMSECU<br>Attn: Bankruptcy Dept<br>PO Box 5090<br>Boca Raton, FL 33431-0890 | Ibm Southeast Emp Cu<br>P.o. Box 5090<br>Boca Raton, FL 33431-0890 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Kohls/Capital One<br>Kohls Credit<br>Po Box 3120<br>Milwaukee, WI 53201-3120 | LVNV Funding, LLC its successors and assigns assignee of Sears National Bank Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Midland Credit Management, Inc.<br>2365 Northside Drive<br>Suite 300<br>San Diego, CA 92108-2709 |
| Midland Credit Management, Inc.<br>PO Box 13105<br>Roanoke, VA 24031-3105 | Midland Funding LLC<br>PO Box 2001<br>Warren, MI 48090-2001 | Municipality of Bethel Park<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Department of Revenue<br>Bankruptcy/Collection Unit<br>10th Floor Strawberry Square<br>4th & Walnut Streets<br>Harrisburg, PA 17128-0001 |

| | | |
|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | R' US Credit Card/Syncb<br>PO Box 530939<br>Atlanta, GA 30353-0939 | Sam's Club/Synchrony Bank<br>PO Box 530942<br>Atlanta, GA 30353-0942 |
| Sears Credit Cards<br>PO Box 6282<br>Sioux Falls, SD 57117-6282 | SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | Synchrony Bank<br>Attn: Bankruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 32896-5060 |
| TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target<br>Target Card Services<br>Mail Stop NCB-0461<br>Minneapolis, MN 55440 | The Home Depot<br>PO Box 790393<br>Saint Louis, MO 63179-0393 |
| The Huntington National Bank<br>PO Box 89424<br>Cleveland, OH 44101-6424 | United Collection Bureau, Inc.<br>5620 Southwyck Blvd Ste 206<br>Toledo, OH 43614-1501 | Wells Fargo Bank, N.A.<br>Default Document Processing<br>N9286-01Y<br>1000 Blue Gentian Road<br>Eagan MN 55121-7700 |
| Wells Fargo Home Mortgage<br>PO Box 14411<br>Des Moines, IA 50306-3411 | Robert P. Sellati Jr.<br>Robin S. Sellati<br>3121 Bethel Church Rd<br>Bethel Park, PA 15102-1203 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |