# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ROBERT P. SELLATI, JR.<br>ROBIN S. SELLATI | Case No. 18-22227GLT |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs. | Document No __ |
| MUNICIPALITY OF BETHEL PARK (SWG) | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

NO EXPLANATION WAS PROVIDED

| | |
|---|---|
| MUNICIPALITY OF BETHEL PARK (SWG)<br>C/O JORDAN TAX SVC-CURR & DELQ YRS<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Court claim# 7/Trustee CID# 38 |

The Movant further certifies that on 05/22/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| ROBERT P. SELLATI, JR., ROBIN S. SELLATI, 3121 BETHEL CHURCH RD, BETHEL PARK, PA  15102 | MARK G MOYNIHAN ESQ, MOYNIHAN LAW PC, 112 WASHINGTON PL STE 230, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR: | : |
| MUNICIPALITY OF BETHEL PARK (SWG), C/O JORDAN TAX SVC-CURR & DELQ YRS, 102 RAHWAY RD, MCMURRAY, PA  15317 | JEFFREY R HUNT ESQ, GOEHRING ET AL, 437 GRANT ST 14TH FL, PITTSBURGH, PA  15219-6107 |
| NEW CREDITOR: | |