**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/01/2020

IN RE:

ROBERT P. SELLATI, JR.
ROBIN S. SELLATI
3121 BETHEL CHURCH RD
BETHEL PARK, PA 15102
XXX-XX-1456         Debtor(s)

XXX-XX-1866

Case No.18-22227 GLT

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502(a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/1/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | CRED DESC / Account | Claim / Comment |
|---|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SORE RWRDS/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 9708 | |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 2,136.11<br>COMMENT: 2888.17/CL@5.84%/PL-CL*SURR/CONF-PAP*DK | CRED DESC: VEHICLE<br>ACCOUNT NO.: 0164 | |
| **IBMSECU**<br>PO BOX 5090<br>BOCA RATON, FL 33431 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:NC<br>CLAIM: 0.00<br>COMMENT: PMT/PL*430.72X(60+2)=LMT*$0ARRS/PL*2ND/SCH | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 3600 | |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING MAC# F2302 04C<br>ONE HOME CAMPUS<br>DES MOINES, IA 50328 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 0.00<br>COMMENT: PMT/PL*DKT4PMT-LMT*BGN 6/18*$0ARRS/CL-PL | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 8102 | |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT PROV/PL*NO$~NO YRS~NTC ONLY/SCH | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NO YRS~NTC ONLY/SCH | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 2,080.97<br>COMMENT: X0373/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1002 | |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 1,049.38<br>COMMENT: X2713/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1003 | |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 756.85<br>COMMENT: MACYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8947 | |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number:10   INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 529.69<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8491 | |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1914 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 3,361.92<br>COMMENT: THD*CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8283 |
| **CITIZENS BANK(*)**<br>1 CITIZENS DRIVE<br>RIVERSIDE, RI 02915 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 3,272.57<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7658 |
| **CITIZENS BANK(*)**<br>1 CITIZENS DRIVE<br>RIVERSIDE, RI 02915 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2452 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 2,381.46<br>COMMENT: MACYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5480 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 947.43<br>COMMENT: MACYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2440 |
| **HUNTINGTON NATIONAL BANK(*)**<br>5555 CLEVELAND AVE - GW1N10<br>COLUMBUS, OH 43231 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 1,823.84<br>COMMENT: LOAN TAKEN: 5/19/2015 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1922 |
| **HUNTINGTON NATIONAL BANK(*)**<br>5555 CLEVELAND AVE - GW1N10<br>COLUMBUS, OH 43231 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 14,346.14<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8147 |
| **IBMSECU**<br>PO BOX 5090<br>BOCA RATON, FL 33431 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5400 |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 3,031.74<br>COMMENT: KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0840 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 11-3 | CLAIM: 2,611.43<br>COMMENT: X4924/SCH*SYNCHRONY/DICKS*DKT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9708 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 16 | CLAIM: 4,854.64<br>COMMENT: SYNCHRONY/WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1583 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 19-3 | CLAIM: 2,314.50<br>COMMENT: SYNCHRONY/SAMS*AMD*DKT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7554 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 17 | CLAIM: 0.00<br>COMMENT: X9303/SCH*CL=6136.77*SEARS*DISALLOWED/OE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8454 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 20 | CLAIM: 2,614.47<br>COMMENT: CITIBANK*SEARS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9946 |
| **TD BANK USA NA\*\***<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 13 | CLAIM: 1,759.12<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3857 |
| **ALLIED INTERSTATE++**<br>7575 W CAMPUS RD<br>NEW ALBANY, OH 43054 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CLIENT SERVICES**<br>3451 HARRY TRUMAN BLVD<br>ST CHARLES, MO 63301-4047 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **EGS FINANCIAL CARE++**<br>507 PRUDENTIAL DR<br>HORSHAM, PA 19044 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **GLOBAL CREDIT & COLLECTION CORP**<br>POB 101928<br>DEPT 2417<br>BIRMINGHAM, AL 35210 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **THD/CBSD**<br>POB 6497<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **UNITED COLLECTION BUREAU INC**<br>5620 SOUTHWYCK BLVD<br>TOLEDO, OH 43614 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ND ADR~ALLEGHENY INTERLOCL/SCH G | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **GARY CARTWRIGHT DMD**<br>2000 WATERDAM PL DR STE 160<br>CANONSBURG, PA 15317 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH G | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **SPRINT CORP(*)**<br>PO BOX 3326<br>ENGLEWOOD, CO 80155-3326 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH G | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JEROME BLANK ESQ**<br>PHELAN HALLINAN ET AL<br>OMNI WILLIAM PENN OFC TOWER<br>555 GRANT STE STE 300<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WELLS FARGO BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 2,534.66<br>COMMENT: SYNC BANK~TOYS R US/AMD F*6-25-18 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9807 |
| **MUNICIPALITY OF BETHEL PARK (SWG)**<br>C/O JORDAN TAX SVC-CURR & DELQ YRS<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 7-2<br>CLAIM: 0.00<br>COMMENT: 477H245*$ RTND*AMD CL=0 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: H245 |
| **MCCALLA RAYMER ET AL**<br>NATL BANKRUPTCY DEPT**<br>1544 OLD ALABAMA RD**<br>ROSWELL, GA 30076-2102 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: IBM SE EFCU/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JAMES C WARMBRODT ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: IBM SE EMPLOYEES FCU/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| ALLEGENT COMMUNITY FCU | Trustee Claim Number: 41  INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
|---|---|---|
| 1001 LIBERTY AVE STE 100 | Court Claim Number: | ACCOUNT NO.: 8082 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15222 | COMMENT: PMT/RPT OF PURCHASE-PL* 225.89X60+2=LMT*BGN 5/19*DKT | |

Case 18-22227-GLT    Doc 79    Filed 05/01/20    Entered 05/01/20 08:13:24    Desc
Page 7 of 7