IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>ROBERT P. SELLATI, JR.<br>ROBIN S. SELLATI<br>    Debtor(s)<br><br>ROBERT P. SELLATI, JR.<br>ROBIN S. SELLATI<br>    Movant(s)<br><br>v.<br><br>WELLS FARGO BANK, N.A.<br>RONDA J. WINNECOUR, TRUSTEE<br>    Respondent | Bankruptcy No. 18-22227-GLT<br><br>Chapter 13<br><br>Related to Doc No. 84, 85 |

**CERTIFICATE OF SERVICE OF ORDER DATED DECEMBER 28, 2020 [Doc 85],
NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN AND
AMENDED PLAN DATED DECEMBER 24, 2020 [Doc 84]**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on **December 28, 2020**.

The type(s) of service made on the parties was: **first-class mail and electronic notification**.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

                                                                                                            MOYNIHAN LAW PC

Executed on: <u>December 28, 2020</u>        By:    /s/ Mark G. Moynihan
                                                                       Mark G. Moynihan, Esquire
                                                                       Attorney for Debtor(s)
                                                                       PA 307622
                                                                       2 Chatham Center, Suite 230
                                                                       Pittsburgh, PA 15219
                                                                       Phone: (412) 889-8535
                                                                       Fax: (800) 997-8192
                                                                       Email: mark@moynihanlaw.net

**Service by NEF**

Jerome B. Blank on behalf of Creditor WELLS FARGO BANK, N.A.
pawb@fedphe.com

Mario J. Hanyon on behalf of Creditor WELLS FARGO BANK, N.A.
mario.hanyon@brockandscott.com, wbecf@brockandscott.com

Jeffrey R. Hunt on behalf of Creditor Municipality of Bethel Park
jhunt@grblaw.com, cnoroski@grblaw.com

Peter E. Meltzer on behalf of Creditor Midland Funding LLC
bankruptcy@wglaw.com, ibernatski@wglaw.com

Mark G. Moynihan on behalf of Debtor Robert P. Sellati, Jr.
mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan on behalf of Joint Debtor Robin S. Sellati
mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Brian Nicholas on behalf of Creditor IBM Southeast Employees Federal Credit Union
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

IBM Southeast EFCU
c/o McCalla Raymer Leibert Pierce, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076-2102

Municipality of Bethel Park
Goehring, Rutter, and Boehm
437 Grant Street, 14th Floor
Frick Building
Pittsburgh, PA 15219-6101

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Allegent Community Federal Credit Union
1001 Liberty Avenue
Suite 100
Pittsburgh, PA 15222-3726

Allied Interstate
PO Box 361445
Columbus, OH 43236-1445

Ally Bank
PO Box 130424
Roseville MN 55113-0004

Ally Financial
P.O. Box 380901
Minneapolis, MN 55438-0901

American Express Correspondence
Po Box 981540
El Paso, TX 79998-1540

American Express
PO Box 1270
Newark, NJ 07101-1270

American Express Hilton Card
PO Box 1270
Newark, NJ 07101-1270

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Citibank, N.A
PO Box 6077
Sioux Falls, SD 57117-6077

Citibank, N.A.
P.O. Box 6286
Sioux Falls, SD 57117-6286

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040

Citizen's Bank
PO Box 18204
Bridgeport, CT 06601-3204

CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

Client Services, Inc.
3451 Harry S. Truman Blvd
Saint Charles, MO 63301-9816

DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2222

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA  98083-0657

EGS Financial Care, Inc.
PO Box 1020 Dept 806
Horsham, PA 19044-8020

Gary E. Cartwright, D.M.D.
2000 Waterdam Plaza Dr.
Suite 160
Canonsburg, PA 15317-5411

Global Credit and Collection Corp
PO Box 129
Linden, MI 48451-0129

Huntingon National Bank
5555 Cleveland Avenue, GW2W21
Columbus, OH 43231-4048

Huntington National Bank-EA1W18
PO Box 182387
Columbus, OH 43218-2387

IBMSECU
Attn: Bankruptcy Dept
PO Box 5090
Boca Raton, FL 33431-0890

Ibm Southeast Emp Cu
P.o. Box 5090
Boca Raton, FL 33431-0890

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kohls/Capital One
Kohls Credit
Po Box 3120
Milwaukee, WI 53201-3120

LVNV Funding, LLC its successors and assigns
assignee of Sears National Bank
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Midland Credit Management, Inc.
2365 Northside Drive
Suite 300
San Diego, CA 92108-2709

Midland Credit Management, Inc.
PO Box 13105
Roanoke, VA 24031-3105

Midland Funding LLC
PO Box 2001
Warren, MI 48090-2001

| | | |
|---|---|---|
| Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Municipality of Bethel Park<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| Pennsylvania Department of Revenue<br>Bankruptcy/Collection Unit<br>10th Floor Strawberry Square<br>4th & Walnut Streets<br>Harrisburg, PA 17128-0001 | PORTFOLIO RECOVERY<br>ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | R' US Credit Card/Syncb<br>PO Box 530939<br>Atlanta, GA 30353-0939 |
| Sam's Club/Synchrony Bank<br>PO Box 530942<br>Atlanta, GA 30353-0942 | Sears Credit Cards<br>PO Box 6282<br>Sioux Falls, SD 57117-6282 | SPRINT NEXTEL<br>CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 |
| Synchrony Bank<br>Attn: Bankruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target<br>Target Card Services<br>Mail Stop NCB-0461<br>Minneapolis, MN 55440 |
| The Home Depot<br>PO Box 790393<br>Saint Louis, MO 63179-0393 | The Huntington National Bank<br>PO Box 89424<br>Cleveland, OH 44101-6424 | United Collection Bureau, Inc.<br>5620 Southwyck Blvd Ste 206<br>Toledo, OH 43614-1501 |
| Wells Fargo Bank, N.A.<br>Default Document Processing<br>N9286-01Y<br>1000 Blue Gentian Road<br>Eagan MN 55121-7700 | Wells Fargo Home Mortgage<br>PO Box 14411<br>Des Moines, IA 50306-3411 | Robert P. Sellati Jr.<br>Robin S. Sellati<br>3121 Bethel Church Rd<br>Bethel Park, PA 15102-1203 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |