**Form 222**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Robert P. Sellati Jr.**
**Robin S. Sellati**
   Debtor(s)

Bankruptcy Case No.: 18−22227−GLT
Related to Docket No. 84
Chapter: 13
Docket No.: 85 − 84
Concil. Conf.: February 25, 2021 at 11:00 AM

## ORDER

    **IT IS HEREBY ORDERED** that, the Debtor(s) shall immediately serve a copy of this *Order,* the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan Dated 12/24/2020* on the Chapter 13 Trustee and all parties on the mailing matrix and complete and file the accompanying *Certificate of Service* with the Clerk.

    On or before **January 28, 2021,** all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Untimely *objections* will not be considered.

    On **February 25, 2021** at **11:00 AM,** a Conciliation Conference on the Debtor(s)' *Amended Plan* shall occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: December 28, 2020

cm: Debtor(s) and/or Debtor(s)' counsel

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22227-GLT |
| Robert P. Sellati, Jr. | Chapter 13 |
| Robin S. Sellati | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 1 of 2 |
| Date Rcvd: Dec 28, 2020 | Form ID: 222 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Robert P. Sellati, Jr., Robin S. Sellati, 3121 Bethel Church Rd, Bethel Park, PA 15102-1203 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2020              Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor IBM Southeast Employees Federal Credit Union bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com  cnoroski@grblaw.com |
| Jerome B. Blank | on behalf of Creditor WELLS FARGO BANK  N.A. pawb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor WELLS FARGO BANK  N.A. mario.hanyon@brockandscott.com, wbecf@brockandscott.com |
| Mark G. Moynihan | on behalf of Debtor Robert P. Sellati  Jr. mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |

| District/off: 0315-2 | User: dbas | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 28, 2020 | Form ID: 222 | Total Noticed: 1 |

Mark G. Moynihan
    on behalf of Joint Debtor Robin S. Sellati mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter E. Meltzer
    on behalf of Creditor Midland Funding LLC bankruptcy@wglaw.com ibernatski@wglaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9