Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Robert P. Sellati Jr.
Robin S. Sellati**
Debtor(s)

Bankruptcy Case No.: 18−22227−GLT
Issued Per 2/25/2021
Chapter: 13
Docket No.: 89 − 84
Concil. Conf.: February 25, 2021 at 11:00 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated December 24, 2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☒ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $3,750.00 as of March, 2021. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Feb. 25, 2021 at 11:00 AM, in remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim No. 5 of Wells Fargo W/ Pyt Changes implemented .

☒ H.   Additional Terms: Section 3.3 Stricken per Munic. Bethel Park Claim No. 7−2 −$0.00

*(2.)  IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.      Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.      Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.      Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.      Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.      Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**     After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**     Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**     Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**     Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**     The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**     In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: March 1, 2021

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22227-GLT |
| Robert P. Sellati, Jr. | Chapter 13 |
| Robin S. Sellati | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 1 of 4 |
| Date Rcvd: Mar 01, 2021 | Form ID: 149 | Total Noticed: 53 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert P. Sellati, Jr., Robin S. Sellati, 3121 Bethel Church Rd, Bethel Park, PA 15102-1203 |
| cr | + | IBM Southeast EFCU, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | + | Municipality of Bethel Park, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 15030615 | + | Allegent Community, Federal Credit Union, 1001 Liberty Avenue, Suite 100, Pittsburgh, PA 15222-3726 |
| 14857173 | + | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 14857174 | + | American Express, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14857175 | + | American Express Hilton Card, PO Box 1270, Newark, NJ 07101-1270 |
| 14885711 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14893877 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14857178 | + | Citibank, N.A, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 14857179 | + | Citibank, N.A., P.O. Box 6286, Sioux Falls, SD 57117-6286 |
| 14857180 | + | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14857184 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Department Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 14857186 | + | Gary E. Cartwright, D.M.D., 2000 Waterdam Plaza Dr., Suite 160, Canonsburg, PA 15317-5411 |
| 14857196 | + | Midland Funding LLC, PO Box 2001, Warren, MI 48090-2001 |
| 14882190 | + | Municipality of Bethel Park, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14857201 | ++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901 address filed with court:, Sprint Spectrum, 6200 Spring Parkway, Overland Park, KS 66251 |
| 14857200 | | Sears Credit Cards, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14857203 | | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14857204 | + | The Home Depot, PO Box 790393, Saint Louis, MO 63179-0393 |
| 14857205 | + | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 14871110 | | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700 |
| 14857206 | + | Wells Fargo Home Mortgage, PO Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14858962 | | Email/Text: ally@ebn.phinsolutions.com | Mar 02 2021 04:00:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14857172 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 02 2021 04:00:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14857182 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 02 2021 04:01:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 14857176 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 02 2021 02:57:37 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 18-22227-GLT   Doc 91   Filed 03/03/21   Entered 03/04/21 00:52:57   Desc Imaged
Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: dbas | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 01, 2021 | Form ID: 149 | Total Noticed: 53 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14889368 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 02 2021 02:59:23 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14857178 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2021 02:57:56 | Citibank, N.A, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 14857179 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2021 03:01:32 | Citibank, N.A., P.O. Box 6286, Sioux Falls, SD 57117-6286 |
| 14857180 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2021 02:59:44 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14857181 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 02 2021 04:01:00 | Citizen's Bank, PO Box 18204, Bridgeport, CT 06601-3204 |
| 14857183 | + | Email/Text: mediamanagers@clientservices.com | Mar 02 2021 04:00:00 | Client Services, Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 14880842 | | Email/Text: bnc-quantum@quantum3group.com | Mar 02 2021 04:01:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14857185 | + | Email/Text: egssupportservices@alorica.com | Mar 02 2021 04:02:00 | EGS Financial Care, Inc., PO Box 1020 Dept 806, Horsham, PA 19044-8020 |
| 14857187 | + | Email/Text: bankruptcy@affglo.com | Mar 02 2021 04:02:00 | Global Credit and Collection Corp, PO Box 129, Linden, MI 48451-0129 |
| 14857188 | + | Email/Text: bankruptcy@huntington.com | Mar 02 2021 04:02:00 | Huntington National Bank, 5555 Cleveland Avenue, GW2W21, Columbus, OH 43231-4048 |
| 14857189 | + | Email/Text: bankruptcy@huntington.com | Mar 02 2021 04:02:00 | Huntington National Bank-EA1W18, PO Box 182387, Columbus, OH 43218-2387 |
| 14857191 | + | Email/Text: bankruptcies@ithinkfi.org | Mar 02 2021 04:01:00 | IBMSECU, Attn: Bankruptcy Dept, PO Box 5090, Boca Raton, FL 33431-0890 |
| 14857190 | + | Email/Text: bankruptcies@ithinkfi.org | Mar 02 2021 04:01:00 | Ibm Southeast Emp Cu, P.o. Box 5090, Boca Raton, FL 33431-0890 |
| 14857192 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 02 2021 04:01:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14857177 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 02 2021 03:01:13 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14857193 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 02 2021 04:01:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14893645 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2021 02:57:43 | LVNV Funding, LLC its successors and assigns as, assignee of Sears National Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14857195 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 02 2021 04:02:00 | Midland Credit Management, Inc., PO Box 13105, Roanoke, VA 24031-3105 |
| 14857194 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 02 2021 04:02:00 | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14885987 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 02 2021 04:02:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14892842 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 02 2021 02:59:27 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14857198 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 02 2021 02:57:40 | Portfolio Recovery Associates, LLC, Po Box 41067, Norfolk, VA 23541 |
| 14858038 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 02 2021 02:57:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14857197 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 02 2021 04:01:00 | Pennsylvania Department of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry |

Case 18-22227-GLT    Doc 91    Filed 03/03/21    Entered 03/04/21 00:52:57    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: dbas | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 01, 2021 | Form ID: 149 | Total Noticed: 53 |

| Recip ID | | | | |
|---|---|---|---|---|
| 14857170 | + Email/PDF: gecsedi@recoverycorp.com | | Mar 02 2021 02:57:35 | Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| | | | | R' US Credit Card/Syncb, PO Box 530939, Atlanta, GA 30353-0939 |
| 14857201 | Email/PDF: ais.sprint.ebn@americaninfosource.com | | Mar 02 2021 02:57:36 | Sprint Spectrum, 6200 Spring Parkway, Overland Park, KS 66251 |
| 14857199 | + Email/PDF: gecsedi@recoverycorp.com | | Mar 02 2021 02:57:35 | Sam's Club/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14857200 | Email/PDF: Citi.BNC.Correspondence@citi.com | | Mar 02 2021 03:01:18 | Sears Credit Cards, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14857202 | Email/PDF: gecsedi@recoverycorp.com | | Mar 02 2021 03:01:12 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14888046 | + Email/Text: bncmail@w-legal.com | | Mar 02 2021 04:02:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14859206 | + Email/Text: bankruptcy@huntington.com | | Mar 02 2021 04:02:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | IBM Southeast Employees Federal Credit Union |
| cr | | WELLS FARGO BANK, N.A. |
| cr | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14857171 | ##+ | Allied Interstate, PO Box 361445, Columbus, OH 43236-1445 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 03, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor IBM Southeast Employees Federal Credit Union bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com  cnoroski@grblaw.com |
| Jerome B. Blank | |

District/off: 0315-2 | User: dbas | Page 4 of 4
Date Rcvd: Mar 01, 2021 | Form ID: 149 | Total Noticed: 53

    on behalf of Creditor WELLS FARGO BANK  N.A. pawb@fedphe.com

Mario J. Hanyon
    on behalf of Creditor WELLS FARGO BANK  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mark G. Moynihan
    on behalf of Debtor Robert P. Sellati  Jr. mark@moynihanlaw.net,
    moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
    on behalf of Joint Debtor Robin S. Sellati mark@moynihanlaw.net
    moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter E. Meltzer
    on behalf of Creditor Midland Funding LLC bankruptcy@wglaw.com  ibernatski@wglaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9