IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>ROBERT P. SELLATI<br>ROBIN S. SELLATI<br>    Debtor(s) | Bankruptcy No. 18-22227-GLT<br><br>Chapter 13 |
| ROBERT P. SELLATI<br>ROBIN S. SELLATI<br>    Movant(s)<br><br>v.<br><br>CSMC 2021-RPL1 TRUST<br>    Respondent(s) | Doc. No.<br><br>Related to Claim 5 |

**DECLARATION OF PLAN SUFFICIENCY
FOR MORTGAGE PAYMENT CHANGES PURSUANT TO W.PA.LBR 3002-4(b)(2)**

1. On July 1, 2021, CSMC 2021-RPL1 Trust filed a Notice of Mortgage Payment Change indicating that the new total payment was $1,765.15.

2. The Debtors' Chapter 13 Plan, dated December 24, 2020, which was confirmed on March 1, 2021 includes a payment to CSMC 2021-RPL1 Trust or its predecessor of $1,783.48, which is sufficient to cover the new payment.

3. Contemporaneously with the filing of this declaration, the Chapter 13 Trustee and the affected creditor have been served with a copy of this declaration.

Name of creditor: CSMC 2021-RPL1 Trust

Court claim number: 5

                                        MOYNIHAN LAW PC

Dated: July 1, 2021            By:    /s/ Mark G. Moynihan
                                                  Mark G. Moynihan
                                                  PA ID No. 307622
                                                  2 Chatham Center, Suite 230
                                                  Pittsburgh, PA 15219
                                                  Phone:  (412) 889-8535
                                                  Fax:  (800) 997-8192
                                                  Email: mark@moynihanlaw.net

                                                  Attorney for Debtor(s)