# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    ROBERT P. SELLATI, JR.<br>    ROBIN SELLATI<br>        *Debtor*<br>CSMC 2021-RPL1 TRUST c/o Select Portfolio Servicing, Inc.<br>        *Movant*<br><br>        vs.<br>ROBERT P. SELLATI, JR.<br>ROBIN SELLATI,<br>        *Debtor/Respondent*<br>    and<br>RONDA J. WINNECOUR, Esquire,<br>        *Trustee/Respondent* | Bankruptcy No. 18-22227-GLT<br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, RECEIPT OF NOTICES AND INCLUSION ON NOTICE LIST

TO THE CLERK, U.S. BANKRUPTCY COURT, THE DEBTORS, AND ALL OTHER PARTIES OF INTEREST:

    PLEASE TAKE NOTICE that the undersigned attorney is counsel on behalf of CSMC 2021-RPL1 Trust c/o Select Portfolio Servicing, Inc. ("Creditor"), a creditor and party-in-interest in the above captioned Chapter 13 case. Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§ 102(1), 342, and 1109(b) Creditor requests special notice of all matters which must be noticed to creditors be given to **Sarah K. McCaffery, Esquire** at the below address and/or telephone number set forth below. This request includes without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of disclosure statements, and all other documents filed with the bankruptcy court in the above captioned matter whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph or otherwise.

                                            Respectfully Submitted,

Date: January 11, 2023

                                    /s/ Sarah K. McCaffery, Esquire
                                    Sarah K. McCaffery, Esquire
                                    HLADIK, ONORATO & FEDERMAN, LLP
                                    298 Wissahickon Avenue
                                    North Wales, PA 19454
                                    (215) 855-9521
                                    smccaffery@hoflawgroup.com