**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **ROBERT P. SELLATI, JR.** |
| Debtor 2 (Spouse, if filing) | **ROBIN S. SELLATI** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **18-22227GLT** |

# Form 4100N
# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

| | |
|---|---|
| **Name of creditor:** | CSMC 2021-RPL1 TRUST |
| **Court claim no.** (if known): | 5 |
| **Last 4 digits** of any number you use to identify the debtor's account | 2 6 6 9 |
| **Property Address:** | 3121 BETHEL CHURCH RD<br>BETHEL PARK PA 15102 |

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**                     **Amount**

| | | |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) | $ 0.00 |
| b. Prepetition arrearage paid by the trustee: | (b) | $ 0.00 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) | $ 0.00 |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) | $ 0.00 |
| e. Allowed postpetition arrearage: | (e) | $ 0.00 |
| f. Postpetition arrearage paid by the trustee: | + (f) | $ 0.00 |
| g. **Total.** Add lines b, d, and f. | (g) | $ 0.00 |

### Part 3: Postpetition Mortgage Payment

*Check one*

    ☐ Mortgage is paid through the trustee.

    Current monthly mortgage payment     $   $1,822.16

    The next postpetition payment is due on    7 / 1 / 2023
                                               MM / DD / YYYY

    ✒ Mortgage is paid directly by the debtor(s).

| Debtor 1 | ROBERT P. SELLATI, JR. | Case number *(if known)* | 18-22227GLT |
|---|---|---|---|
| | Name | | |

## Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

/s/ Ronda J. Winnecour
Signature

Date  07/26/2023

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA 15219 |
| Contact phone | (412) 471-5566 |
| Email | cmecf@chapter13trusteewdpa.com |

| Debtor 1 | ROBERT P. SELLATI, JR. | | Case number *(if known)* | 18-22227GLT |
|---|---|---|---|---|
| | Name | | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---:|
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 03/25/2019 | 1113907 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 18,721.35 |
| 04/26/2019 | 1117256 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,502.81 |
| 05/24/2019 | 1120653 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,768.68 |
| 06/25/2019 | 1124049 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,768.68 |
| 07/29/2019 | 1127525 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,839.42 |
| 08/27/2019 | 1131006 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,777.68 |
| 09/24/2019 | 1134236 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,777.68 |
| 10/24/2019 | 1137650 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,777.68 |
| 11/25/2019 | 1141108 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,777.68 |
| 12/23/2019 | 1144480 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,777.68 |
| 01/28/2020 | 1147956 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,777.68 |
| 02/25/2020 | 1151495 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,777.68 |
| 03/23/2020 | 1154964 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,777.68 |
| 04/27/2020 | 1158431 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,777.68 |
| 05/26/2020 | 1161753 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,777.68 |
| 06/26/2020 | 1164926 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,777.68 |
| 07/29/2020 | 1168011 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,777.68 |
| 08/25/2020 | 1171077 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,777.68 |
| 09/28/2020 | 1174195 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,777.68 |
| 10/26/2020 | 1177256 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,777.68 |
| 11/24/2020 | 1180311 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,777.68 |
| 12/21/2020 | 1183217 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,777.68 |
| 01/25/2021 | 1186252 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,777.68 |
| 02/22/2021 | 1189376 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,777.68 |
| 03/26/2021 | 1190824 | CSMC 2021-RPL1 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,777.68 |
| 05/25/2021 | 1197266 | CSMC 2021-RPL1 TRUST | AMOUNTS DISBURSED TO CREDITOR | 3,260.70 |
| 06/25/2021 | 1200429 | CSMC 2021-RPL1 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,783.48 |
| 07/26/2021 | 1203649 | CSMC 2021-RPL1 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,783.48 |
| 08/26/2021 | 1206749 | CSMC 2021-RPL1 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,783.48 |
| 09/24/2021 | 1209893 | CSMC 2021-RPL1 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,765.15 |
| 10/25/2021 | 1212988 | CSMC 2021-RPL1 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,457.74 |
| 11/22/2021 | 1216020 | CSMC 2021-RPL1 TRUST | AMOUNTS DISBURSED TO CREDITOR | 2,072.56 |
| 12/23/2021 | 1219088 | CSMC 2021-RPL1 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,765.15 |
| 01/26/2022 | 1222163 | CSMC 2021-RPL1 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,765.15 |
| 02/23/2022 | 1225094 | CSMC 2021-RPL1 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,167.76 |
| 03/25/2022 | 1227993 | CSMC 2021-RPL1 TRUST | AMOUNTS DISBURSED TO CREDITOR | 2,362.54 |
| 04/26/2022 | 1231035 | CSMC 2021-RPL1 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,765.15 |
| 05/25/2022 | 1234070 | CSMC 2021-RPL1 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,765.15 |
| 06/27/2022 | 1237097 | CSMC 2021-RPL1 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,765.15 |
| 07/26/2022 | 1240071 | CSMC 2021-RPL1 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,789.74 |
| 08/24/2022 | 1242995 | CSMC 2021-RPL1 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,789.74 |
| 09/27/2022 | 1245841 | CSMC 2021-RPL1 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,789.74 |
| 10/25/2022 | 1248695 | CSMC 2021-RPL1 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,789.74 |
| 11/23/2022 | 1251478 | CSMC 2021-RPL1 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,789.74 |
| 12/22/2022 | 1254245 | CSMC 2021-RPL1 TRUST | AMOUNTS DISBURSED TO CREDITOR | 330.48 |
| 01/26/2023 | 1256971 | CSMC 2021-RPL1 TRUST | AMOUNTS DISBURSED TO CREDITOR | 3,249.00 |
| 02/23/2023 | 1259644 | CSMC 2021-RPL1 TRUST | AMOUNTS DISBURSED TO CREDITOR | 347.88 |
| 03/28/2023 | 1262387 | CSMC 2021-RPL1 TRUST | AMOUNTS DISBURSED TO CREDITOR | 3,231.60 |
| 04/25/2023 | 1265194 | CSMC 2021-RPL1 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,789.74 |
| 05/25/2023 | 1268041 | CSMC 2021-RPL1 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,822.16 |
| | | | | 108,136.74 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

ROBERT P. SELLATI, JR.
ROBIN S. SELLATI
3121 BETHEL CHURCH RD
BETHEL PARK, PA  15102

SHAWN N WRIGHT ESQ
LAW OFFICE OF SHAWN N WRIGHT
7240 MCKNIGHT RD
PITTSBURGH, PA  15237

CSMC 2021-RPL1 TRUST
C/O SELECT PORTFOLIO SERVICING INC
PO BOX 65450
SALT LAKE CITY, UT  84165-0450

SELECT PORTFOLIO SERVICING**
BANKRUPTCY NOTICES**
POB 65250
SALT LAKE CITY, UT  84165

HLADIK ONORATO & FEDERMAN LLP**
298 WISSAHICKON AVE
NORTH WALES, PA  19454


7/26/23                                        /s/ Roberta Saunier
                                               _____
                                               Administrative Assistant
                                               Office of the Chapter 13 Trustee