Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Robert P. Sellati Jr.** | : | Case No. 18−22227−GLT |
| **Robin S. Sellati** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 116 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 10/18/23 at 11:00 AM |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

      **AND NOW,** this *The 25th of August, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 116 by the Chapter 13 Trustee,

      It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

      (1)  **On or before October 9, 2023**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

      (2)  This Motion is scheduled for hearing on **October 18, 2023 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

      (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

      (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing*.

 

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 18-22227-GLT
Robert P. Sellati, Jr. Chapter 13
Robin S. Sellati
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Aug 25, 2023     Form ID: 604     Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert P. Sellati, Jr., Robin S. Sellati, 3121 Bethel Church Rd, Bethel Park, PA 15102-1203 |
| 15030615 | + | Allegent Community, Federal Credit Union, 1001 Liberty Avenue, Suite 100, Pittsburgh, PA 15222-3726 |
| 14857171 | + | Allied Interstate, PO Box 361445, Columbus, OH 43236-1445 |
| 14857186 | + | Gary E. Cartwright, D.M.D., 2000 Waterdam Plaza Dr., Suite 160, Canonsburg, PA 15317-5411 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Aug 25 2023 23:24:00 | IBM Southeast EFCU, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 25 2023 23:24:00 | Municipality of Bethel Park, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 25 2023 23:24:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14858962 | | Email/Text: ally@ebn.phinsolutions.com | Aug 25 2023 23:24:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14857172 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 25 2023 23:24:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14857173 | + | Email/PDF: bncnotices@becket-lee.com | Aug 25 2023 23:45:48 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 14857174 | + | Email/PDF: bncnotices@becket-lee.com | Aug 25 2023 23:45:49 | American Express, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14857175 | + | Email/PDF: bncnotices@becket-lee.com | Aug 25 2023 23:46:09 | American Express Hilton Card, PO Box 1270, Newark, NJ 07101-1270 |
| 14885711 | | Email/PDF: bncnotices@becket-lee.com | Aug 25 2023 23:45:21 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14857182 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 25 2023 23:24:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 15347976 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 25 2023 23:24:00 | CSMC 2021-RPL1 Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14857176 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2023 23:45:34 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14889368 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2023 23:46:23 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14893877 | | Email/PDF: bncnotices@becket-lee.com | | |

Case 18-22227-GLT   Doc 118   Filed 08/27/23   Entered 08/28/23 00:22:58   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2023 | Form ID: 604 | Total Noticed: 56 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | Aug 25 2023 23:47:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14857178 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2023 23:46:03 | Citibank, N.A, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 14857179 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2023 00:00:44 | Citibank, N.A., P.O. Box 6286, Sioux Falls, SD 57117-6286 |
| 14857180 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2023 23:45:59 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14857181 | + Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 25 2023 23:24:00 | Citizen's Bank, PO Box 18204, Bridgeport, CT 06601-3204 |
| 14857183 | + Email/Text: mediamanagers@clientservices.com | Aug 25 2023 23:24:00 | Client Services, Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 14857184 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2023 23:46:52 | Department Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 14880842 | Email/Text: bnc-quantum@quantum3group.com | Aug 25 2023 23:24:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14857185 | + Email/Text: egssupportservices@alorica.com | Aug 25 2023 23:24:00 | EGS Financial Care, Inc., PO Box 1020 Dept 806, Horsham, PA 19044-8020 |
| 14857187 | + Email/Text: bankruptcy@affglo.com | Aug 25 2023 23:24:00 | Global Credit and Collection Corp, PO Box 129, Linden, MI 48451-0129 |
| 14857188 | + Email/Text: bankruptcy@huntington.com | Aug 25 2023 23:24:00 | Huntingon National Bank, 5555 Cleveland Avenue, GW2W21, Columbus, OH 43231-4048 |
| 14857189 | + Email/Text: bankruptcy@huntington.com | Aug 25 2023 23:24:00 | Huntington National Bank-EA1W18, PO Box 182387, Columbus, OH 43218-2387 |
| 14857191 | + Email/Text: bankruptcies@ithinkfi.org | Aug 25 2023 23:24:00 | IBMSECU, Attn: Bankruptcy Dept, PO Box 5090, Boca Raton, FL 33431-0890 |
| 14857190 | + Email/Text: bankruptcies@ithinkfi.org | Aug 25 2023 23:24:00 | Ibm Southeast Emp Cu, P.o. Box 5090, Boca Raton, FL 33431-0890 |
| 14857192 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 25 2023 23:24:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14857177 | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 25 2023 23:45:28 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14857193 | + Email/Text: PBNCNotifications@peritusservices.com | Aug 25 2023 23:24:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14893645 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2023 23:45:13 | LVNV Funding, LLC its successors and assigns as, assignee of Sears National Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14857195 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2023 23:24:00 | Midland Credit Management, Inc., PO Box 13105, Roanoke, VA 24031-3105 |
| 14857194 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2023 23:24:00 | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14857196 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2023 23:24:00 | Midland Funding LLC, PO Box 2001, Warren, MI 48090-2001 |
| 14885987 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2023 23:24:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14882190 | + Email/Text: ebnjts@grblaw.com | Aug 25 2023 23:24:00 | Municipality of Bethel Park, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14892842 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 26 2023 00:47:59 | Portfolio Recovery Associates, LLC, POB 12914, |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2023 | Form ID: 604 | Total Noticed: 56 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Norfolk VA 23541 |
| 14857198 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2023 23:45:12 | Portfolio Recovery Associates, LLC, Po Box 41067, Norfolk, VA 23541 |
| 14858038 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 25 2023 23:45:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14857197 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 25 2023 23:24:00 | Pennsylvania Department of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14857170 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 25 2023 23:45:50 | R' US Credit Card/Syncb, PO Box 530939, Atlanta, GA 30353-0939 |
| 14857201 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Aug 26 2023 00:37:36 | Sprint Spectrum, 6200 Spring Parkway, Overland Park, KS 66251 |
| 14857199 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 25 2023 23:46:42 | Sam's Club/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14857200 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2023 23:45:23 | Sears Credit Cards, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14857202 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 25 2023 23:45:43 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14888046 | + | Email/Text: bncmail@w-legal.com | Aug 25 2023 23:24:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14857203 | | Email/Text: bncmail@w-legal.com | Aug 25 2023 23:24:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14857204 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2023 23:46:52 | The Home Depot, PO Box 790393, Saint Louis, MO 63179-0393 |
| 14859206 | + | Email/Text: bankruptcy@huntington.com | Aug 25 2023 23:24:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 14857205 | + | Email/Text: BAN5620@UCBINC.COM | Aug 25 2023 23:24:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 14871110 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 25 2023 23:46:24 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14857206 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 25 2023 23:45:22 | Wells Fargo Home Mortgage, PO Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 52

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CSMC 2021-RPL1 Trust |
| cr | | IBM Southeast Employees Federal Credit Union |
| cr | | IBMSECU |
| cr | | WELLS FARGO BANK, N.A. |
| cr | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2023 | Form ID: 604 | Total Noticed: 56 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2023         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2023 at the address(es) listed below:**

**Name**          **Email Address**

Brian Nicholas
  on behalf of Creditor IBM Southeast Employees Federal Credit Union bnicholas@kmllawgroup.com

Brian Nicholas
  on behalf of Creditor CSMC 2021-RPL1 Trust bnicholas@kmllawgroup.com

Jeffrey R. Hunt
  on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com

Jerome B. Blank
  on behalf of Creditor WELLS FARGO BANK  N.A. jblank@pincuslaw.com, brausch@pincuslaw.com

Maria Miksich
  on behalf of Creditor CSMC 2021-RPL1 Trust mmiksich@kmllawgroup.com

Mario J. Hanyon
  on behalf of Creditor WELLS FARGO BANK  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mark G. Moynihan
  on behalf of Debtor Robert P. Sellati  Jr. mark@moynihanlaw.net,
  moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
  on behalf of Joint Debtor Robin S. Sellati mark@moynihanlaw.net
  moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Peter E. Meltzer
  on behalf of Creditor Midland Funding LLC bankruptcy@wglaw.com  ibernatski@wglaw.com

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

Sarah Kathleen McCaffery
  on behalf of Creditor CSMC 2021-RPL1 Trust ckohn@hoflawgroup.com

Shawn N. Wright
  on behalf of Joint Debtor Robin S. Sellati shawn@shawnwrightlaw.com
  wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
  on behalf of Debtor Robert P. Sellati  Jr. shawn@shawnwrightlaw.com,
  wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 14