## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

ROBERT P. SELLATI, JR.
ROBIN S. SELLATI
          Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
          Movant
       vs.
No Respondents.

Case No.:18-22227

Chapter 13

Document No.:

### CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
### AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 25, 2023

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 05/31/2018  and confirmed on 12/10/18 .  The case was subsequently Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 214,311.25 |
| Less Refunds to Debtor | 305.91 | |
| TOTAL AMOUNT OF PLAN FUND | | 214,005.34 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 5,780.00 | |
| Trustee Fee | 9,953.70 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 15,733.70 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| IBMSECU | 0.00 | 26,273.92 | 0.00 | 26,273.92 |
| Acct: 3600 | | | | |
| CSMC 2021-RPL1 TRUST | 0.00 | 108,136.74 | 0.00 | 108,136.74 |
| Acct: 2669 | | | | |
| MUNICIPALITY OF BETHEL PARK (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: H245 | | | | |
| ALLY BANK(*) | 2,136.11 | 2,136.11 | 159.56 | 2,295.67 |
| Acct: 0164 | | | | |
| | | | | 136,706.33 |
| **Priority** | | | | |
| SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERT P. SELLATI, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERT P. SELLATI, JR. | 305.91 | 305.91 | 0.00 | 0.00 |
| Acct: | | | | |
| MOYNIHAN LAW PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARK G MOYNIHAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARK G MOYNIHAN ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARK G MOYNIHAN ESQ | 2,780.00 | 2,780.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX1-23 | | | | |
| ALLEGENT COMMUNITY FCU | 0.00 | 11,294.50 | 0.00 | 11,294.50 |
| Acct: 8082 | | | | |
| | | | | 11,294.50 |
| **Unsecured** | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 2,080.97 | 2,080.97 | 0.00 | 2,080.97 |
| Acct: 1002 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 1,049.38 | 1,049.38 | 0.00 | 1,049.38 |
| Acct: 1003 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 756.85 | 756.85 | 0.00 | 756.85 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 8947 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC/ | 529.69 | 529.69 | 0.00 | 529.69 |
| Acct: 8491 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1914 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 3,361.92 | 3,361.92 | 0.00 | 3,361.92 |
| Acct: 8283 | | | | |
| CITIZENS BANK NA | 3,272.57 | 3,272.57 | 0.00 | 3,272.57 |
| Acct: 7658 | | | | |
| CITIZENS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2452 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 2,381.46 | 2,381.46 | 0.00 | 2,381.46 |
| Acct: 5480 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 947.43 | 947.43 | 0.00 | 947.43 |
| Acct: 2440 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 1,823.84 | 1,823.84 | 0.00 | 1,823.84 |
| Acct: 1922 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 14,346.14 | 14,346.14 | 0.00 | 14,346.14 |
| Acct: 8147 | | | | |
| IBMSECU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5400 | | | | |
| CAPITAL ONE NA** | 3,031.74 | 3,031.74 | 0.00 | 3,031.74 |
| Acct: 0840 | | | | |
| MIDLAND FUNDING LLC | 2,611.43 | 2,611.43 | 0.00 | 2,611.43 |
| Acct: 9708 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 4,854.64 | 4,854.64 | 0.00 | 4,854.64 |
| Acct: 1583 | | | | |
| MIDLAND FUNDING LLC | 2,314.50 | 2,314.50 | 0.00 | 2,314.50 |
| Acct: 7554 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8454 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 2,614.47 | 2,614.47 | 0.00 | 2,614.47 |
| Acct: 9946 | | | | |
| TD BANK USA NA** | 1,759.12 | 1,759.12 | 0.00 | 1,759.12 |
| Acct: 3857 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 2,534.66 | 2,534.66 | 0.00 | 2,534.66 |
| Acct: 9807 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9708 | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GARY CARTWRIGHT DMD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SPRINT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCALLA RAYMER  ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARIO HANYON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALLIED INTERSTATE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CLIENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |

18-22227                                                                                                    Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: | | | | |
| EGS FINANCIAL CARE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GLOBAL CREDIT & COLLECTION CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNITED COLLECTION BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 50,270.81 |

TOTAL PAID TO CREDITORS                                                                          198,271.64

TOTAL CLAIMED

| PRIORITY | 0.00 |
|---|---|
| SECURED | 2,136.11 |
| UNSECURED | 50,270.81 |

Date: 08/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    ROBERT P. SELLATI, JR.<br>    ROBIN S. SELLATI<br>        Debtor(s)<br><br>    Ronda J. Winnecour<br>        Movant<br>        vs.<br>   No Repondents. | Case No.:18-22227<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                       Case No. 18-22227-GLT

Robert P. Sellati, Jr.                                  Chapter 13

Robin S. Sellati

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2023 | Form ID: pdf900 | Total Noticed: 56 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert P. Sellati, Jr., Robin S. Sellati, 3121 Bethel Church Rd, Bethel Park, PA 15102-1203 |
| 15030615 | + | Allegent Community, Federal Credit Union, 1001 Liberty Avenue, Suite 100, Pittsburgh, PA 15222-3726 |
| 14857171 | + | Allied Interstate, PO Box 361445, Columbus, OH 43236-1445 |
| 14857186 | + | Gary E. Cartwright, D.M.D., 2000 Waterdam Plaza Dr., Suite 160, Canonsburg, PA 15317-5411 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Aug 25 2023 23:24:00 | IBM Southeast EFCU, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 25 2023 23:24:00 | Municipality of Bethel Park, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 25 2023 23:24:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14858962 | | Email/Text: ally@ebn.phinsolutions.com | Aug 25 2023 23:24:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14857172 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 25 2023 23:24:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14857173 | + | Email/PDF: bncnotices@becket-lee.com | Aug 25 2023 23:45:16 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 14857174 | + | Email/PDF: bncnotices@becket-lee.com | Aug 25 2023 23:45:48 | American Express, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14857175 | + | Email/PDF: bncnotices@becket-lee.com | Aug 25 2023 23:46:11 | American Express Hilton Card, PO Box 1270, Newark, NJ 07101-1270 |
| 14885711 | | Email/PDF: bncnotices@becket-lee.com | Aug 26 2023 00:24:18 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14857182 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 25 2023 23:24:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 15347976 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 25 2023 23:24:00 | CSMC 2021-RPL1 Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14857176 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2023 23:46:36 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14889368 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2023 23:32:45 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14893877 | | Email/PDF: bncnotices@becket-lee.com | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Aug 25 2023 23:46:42 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14857178 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2023 23:45:18 | Citibank, N.A, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 14857179 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2023 23:46:52 | Citibank, N.A., P.O. Box 6286, Sioux Falls, SD 57117-6286 |
| 14857180 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2023 23:46:50 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14857181 | + Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 25 2023 23:24:00 | Citizen's Bank, PO Box 18204, Bridgeport, CT 06601-3204 |
| 14857183 | + Email/Text: mediamanagers@clientservices.com | Aug 25 2023 23:24:00 | Client Services, Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 14857184 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2023 23:32:53 | Department Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 14880842 | Email/Text: bnc-quantum@quantum3group.com | Aug 25 2023 23:24:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14857185 | + Email/Text: egssupportservices@alorica.com | Aug 25 2023 23:24:00 | EGS Financial Care, Inc., PO Box 1020 Dept 806, Horsham, PA 19044-8020 |
| 14857187 | + Email/Text: bankruptcy@affglo.com | Aug 25 2023 23:24:00 | Global Credit and Collection Corp, PO Box 129, Linden, MI 48451-0129 |
| 14857188 | + Email/Text: bankruptcy@huntington.com | Aug 25 2023 23:24:00 | Huntingon National Bank, 5555 Cleveland Avenue, GW2W21, Columbus, OH 43231-4048 |
| 14857189 | + Email/Text: bankruptcy@huntington.com | Aug 25 2023 23:24:00 | Huntington National Bank-EA1W18, PO Box 182387, Columbus, OH 43218-2387 |
| 14857191 | + Email/Text: bankruptcies@ithinkfi.org | Aug 25 2023 23:24:00 | IBMSECU, Attn: Bankruptcy Dept, PO Box 5090, Boca Raton, FL 33431-0890 |
| 14857190 | + Email/Text: bankruptcies@ithinkfi.org | Aug 25 2023 23:24:00 | Ibm Southeast Emp Cu, P.o. Box 5090, Boca Raton, FL 33431-0890 |
| 14857192 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 25 2023 23:24:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14857177 | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 26 2023 00:24:24 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14857193 | + Email/Text: PBNCNotifications@peritusservices.com | Aug 25 2023 23:24:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14893645 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2023 23:45:13 | LVNV Funding, LLC its successors and assigns as, assignee of Sears National Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14857195 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2023 23:24:00 | Midland Credit Management, Inc., PO Box 13105, Roanoke, VA 24031-3105 |
| 14857194 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2023 23:24:00 | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14857196 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2023 23:24:00 | Midland Funding LLC, PO Box 2001, Warren, MI 48090-2001 |
| 14885987 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2023 23:24:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14882190 | + Email/Text: ebnjts@grblaw.com | Aug 25 2023 23:24:00 | Municipality of Bethel Park, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14892842 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2023 23:45:17 | Portfolio Recovery Associates, LLC, POB 12914, |

|          |   |                                             |                     | Norfolk VA 23541 |
|----------|---|---------------------------------------------|---------------------|------------------|
| 14857198 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2023 23:32:01 | Portfolio Recovery Associates, LLC, Po Box 41067, Norfolk, VA 23541 |
| 14858038 | + | Email/PDF: rmscedi@recoverycorp.com         | Aug 25 2023 23:32:01 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14857197 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us     | Aug 25 2023 23:24:00 | Pennsylvania Department of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14857170 | + | Email/PDF: ais.sync.ebn@aisinfo.com         | Aug 25 2023 23:32:44 | R' US Credit Card/Syncb, PO Box 530939, Atlanta, GA 30353-0939 |
| 14857201 |   | Email/PDF: ais.sprint.ebn@aisinfo.com       | Aug 25 2023 23:46:13 | Sprint Spectrum, 6200 Spring Parkway, Overland Park, KS 66251 |
| 14857199 | + | Email/PDF: ais.sync.ebn@aisinfo.com         | Aug 25 2023 23:46:40 | Sam's Club/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14857200 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2023 23:45:55 | Sears Credit Cards, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14857202 |   | Email/PDF: ais.sync.ebn@aisinfo.com         | Aug 25 2023 23:46:13 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14888046 | + | Email/Text: bncmail@w-legal.com             | Aug 25 2023 23:24:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14857203 |   | Email/Text: bncmail@w-legal.com             | Aug 25 2023 23:24:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14857204 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2023 23:32:53 | The Home Depot, PO Box 790393, Saint Louis, MO 63179-0393 |
| 14859206 | + | Email/Text: bankruptcy@huntington.com       | Aug 25 2023 23:24:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 14857205 | + | Email/Text: BAN5620@UCBINC.COM              | Aug 25 2023 23:24:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 14871110 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com   | Aug 25 2023 23:32:01 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14857206 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com   | Aug 25 2023 23:32:48 | Wells Fargo Home Mortgage, PO Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 52

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| cr |    | CSMC 2021-RPL1 Trust |
| cr |    | IBM Southeast Employees Federal Credit Union |
| cr |    | IBMSECU |
| cr |    | WELLS FARGO BANK, N.A. |
| cr | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0315-2                    User: auto                                    Page 4 of 4
Date Rcvd: Aug 25, 2023                 Form ID: pdf900                            Total Noticed: 56

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor IBM Southeast Employees Federal Credit Union bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor CSMC 2021-RPL1 Trust bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor WELLS FARGO BANK N.A. jblank@pincuslaw.com, brausch@pincuslaw.com |
| Maria Miksich | on behalf of Creditor CSMC 2021-RPL1 Trust mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor WELLS FARGO BANK N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mark G. Moynihan | on behalf of Debtor Robert P. Sellati Jr. mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Joint Debtor Robin S. Sellati mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter E. Meltzer | on behalf of Creditor Midland Funding LLC bankruptcy@wglaw.com  ibernatski@wglaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sarah Kathleen McCaffery | on behalf of Creditor CSMC 2021-RPL1 Trust ckohn@hoflawgroup.com |
| Shawn N. Wright | on behalf of Joint Debtor Robin S. Sellati shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Shawn N. Wright | on behalf of Debtor Robert P. Sellati Jr. shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 14