**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert P. Sellati Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1456<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Robin S. Sellati<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1866<br>EIN  __–_____ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   18–22227–GLT

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert P. Sellati Jr.                           Robin S. Sellati

10/10/23                                        **By the court:** <u>Gregory L Taddonio</u>
                                                               United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-22227-GLT
Robert P. Sellati, Jr.  Chapter 13
Robin S. Sellati
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 5
Date Rcvd: Oct 10, 2023      Form ID: 3180W      Total Noticed: 58

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert P. Sellati, Jr., Robin S. Sellati, 3121 Bethel Church Rd, Bethel Park, PA 15102-1203 |
| 15030615 | + | Allegent Community, Federal Credit Union, 1001 Liberty Avenue, Suite 100, Pittsburgh, PA 15222-3726 |
| 14857171 | + | Allied Interstate, PO Box 361445, Columbus, OH 43236-1445 |
| 14857186 | + | Gary E. Cartwright, D.M.D., 2000 Waterdam Plaza Dr., Suite 160, Canonsburg, PA 15317-5411 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Oct 11 2023 08:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 11 2023 04:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 11 2023 08:27:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 11 2023 04:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Oct 11 2023 04:32:00 | IBM Southeast EFCU, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | + | Email/Text: ebnjts@grblaw.com | Oct 11 2023 04:32:00 | Municipality of Bethel Park, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 11 2023 04:33:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14858962 | | EDI: GMACFS.COM | Oct 11 2023 08:27:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14857172 | + | EDI: GMACFS.COM | Oct 11 2023 08:27:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14857173 | + | Email/PDF: bncnotices@becket-lee.com | Oct 11 2023 04:53:16 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 14857174 | + | Email/PDF: bncnotices@becket-lee.com | Oct 11 2023 04:53:16 | American Express, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14857175 | + | Email/PDF: bncnotices@becket-lee.com | Oct 11 2023 04:53:23 | American Express Hilton Card, PO Box 1270, |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Newark, NJ 07101-1270 |
| 14885711 | | Email/PDF: bncnotices@becket-lee.com | Oct 11 2023 04:43:02 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14857182 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 11 2023 04:32:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 15347976 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 11 2023 04:33:00 | CSMC 2021-RPL1 Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14857176 | + | EDI: CAPITALONE.COM | Oct 11 2023 08:27:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14889368 | | EDI: CAPITALONE.COM | Oct 11 2023 08:27:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14893877 | | Email/PDF: bncnotices@becket-lee.com | Oct 11 2023 04:53:23 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14857178 | + | EDI: CITICORP.COM | Oct 11 2023 08:27:00 | Citibank, N.A, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 14857179 | + | EDI: CITICORP.COM | Oct 11 2023 08:27:00 | Citibank, N.A., P.O. Box 6286, Sioux Falls, SD 57117-6286 |
| 14857180 | + | EDI: CITICORP.COM | Oct 11 2023 08:27:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14857181 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 11 2023 04:32:00 | Citizen's Bank, PO Box 18204, Bridgeport, CT 06601-3204 |
| 14857183 | + | Email/Text: mediamanagers@clientservices.com | Oct 11 2023 04:32:00 | Client Services, Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 14857184 | | EDI: CITICORP.COM | Oct 11 2023 08:27:00 | Department Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 14880842 | | EDI: Q3G.COM | Oct 11 2023 08:27:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14857185 | + | Email/Text: egssupportservices@alorica.com | Oct 11 2023 04:33:00 | EGS Financial Care, Inc., PO Box 1020 Dept 806, Horsham, PA 19044-8020 |
| 14857187 | + | Email/Text: bankruptcy@affglo.com | Oct 11 2023 04:33:00 | Global Credit and Collection Corp, PO Box 129, Linden, MI 48451-0129 |
| 14857188 | + | Email/Text: bankruptcy@huntington.com | Oct 11 2023 04:33:00 | Huntington National Bank, 5555 Cleveland Avenue, GW2W21, Columbus, OH 43231-4048 |
| 14857189 | + | Email/Text: bankruptcy@huntington.com | Oct 11 2023 04:33:00 | Huntington National Bank-EA1W18, PO Box 182387, Columbus, OH 43218-2387 |
| 14857191 | + | Email/Text: bankruptcies@ithinkfi.org | Oct 11 2023 04:32:00 | IBMSECU, Attn: Bankruptcy Dept, PO Box 5090, Boca Raton, FL 33431-0890 |
| 14857190 | + | Email/Text: bankruptcies@ithinkfi.org | Oct 11 2023 04:32:00 | Ibm Southeast Emp Cu, P.o. Box 5090, Boca Raton, FL 33431-0890 |
| 14857192 | | EDI: IRS.COM | Oct 11 2023 08:27:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14857177 | | EDI: JPMORGANCHASE | Oct 11 2023 08:27:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14857193 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 11 2023 04:32:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14893645 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2023 04:42:26 | LVNV Funding, LLC its successors and assigns as, assignee of Sears National Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14857195 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 14857194 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 11 2023 04:33:00 | Midland Credit Management, Inc., PO Box 13105, Roanoke, VA 24031-3105 |
| 14857196 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 11 2023 04:33:00 | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14885987 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 11 2023 04:33:00 | Midland Funding LLC, PO Box 2001, Warren, MI 48090-2001 |
| | | Oct 11 2023 04:33:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14882190 | + Email/Text: ebnjts@grblaw.com | Oct 11 2023 04:32:00 | Municipality of Bethel Park, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14892842 | EDI: PRA.COM | Oct 11 2023 08:27:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14857198 | EDI: PRA.COM | Oct 11 2023 08:27:00 | Portfolio Recovery Associates, LLC, Po Box 41067, Norfolk, VA 23541 |
| 14858038 | + EDI: RECOVERYCORP.COM | Oct 11 2023 08:27:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14857197 | + EDI: PENNDEPTREV | Oct 11 2023 08:27:00 | Pennsylvania Department of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14857197 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 11 2023 04:33:00 | Pennsylvania Department of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14857170 | + EDI: RMSC.COM | Oct 11 2023 08:27:00 | R' US Credit Card/Syncb, PO Box 530939, Atlanta, GA 30353-0939 |
| 14857201 | EDI: AISSPRINT | Oct 11 2023 08:27:00 | Sprint Spectrum, 6200 Spring Parkway, Overland Park, KS 66251 |
| 14857199 | + EDI: RMSC.COM | Oct 11 2023 08:27:00 | Sam's Club/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14857200 | EDI: CITICORP.COM | Oct 11 2023 08:27:00 | Sears Credit Cards, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14857202 | EDI: RMSC.COM | Oct 11 2023 08:27:00 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14888046 | + Email/Text: bncmail@w-legal.com | Oct 11 2023 04:33:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14857203 | EDI: WTRRNBANK.COM | Oct 11 2023 08:27:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14857204 | + EDI: CITICORP.COM | Oct 11 2023 08:27:00 | The Home Depot, PO Box 790393, Saint Louis, MO 63179-0393 |
| 14859206 | + Email/Text: bankruptcy@huntington.com | Oct 11 2023 04:33:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 14857205 | + Email/Text: BAN5620@UCBINC.COM | Oct 11 2023 04:32:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 14871110 | + EDI: WFFC2 | Oct 11 2023 08:27:00 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14857206 | + EDI: WFFC2 | Oct 11 2023 08:27:00 | Wells Fargo Home Mortgage, PO Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 57

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 10, 2023 | Form ID: 3180W | Total Noticed: 58 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CSMC 2021-RPL1 Trust |
| cr | | IBM Southeast Employees Federal Credit Union |
| cr | | IBMSECU |
| cr | | WELLS FARGO BANK, N.A. |
| cr | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor IBM Southeast Employees Federal Credit Union bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor CSMC 2021-RPL1 Trust bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor WELLS FARGO BANK  N.A. jblank@pincuslaw.com, brausch@pincuslaw.com |
| Maria Miksich | on behalf of Creditor CSMC 2021-RPL1 Trust mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor WELLS FARGO BANK  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mark G. Moynihan | on behalf of Debtor Robert P. Sellati  Jr. mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Joint Debtor Robin S. Sellati mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter E. Meltzer | on behalf of Creditor Midland Funding LLC bankruptcy@wglaw.com  ibernatski@wglaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sarah Kathleen McCaffery | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Oct 10, 2023 | Form ID: 3180W | Total Noticed: 58 |

                on behalf of Creditor CSMC 2021-RPL1 Trust ckohn@hoflawgroup.com

Shawn N. Wright
                on behalf of Joint Debtor Robin S. Sellati shawn@shawnwrightlaw.com
                wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
                on behalf of Debtor Robert P. Sellati  Jr. shawn@shawnwrightlaw.com,
                wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 14