IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/10/23 2:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
ROBERT P. SELLATI, JR.
ROBIN S. SELLATI
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-22227

Chapter 13

Related to Docket No. 116

ORDER OF COURT

AND NOW, this __ 10th Day of October, 2023 __, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

# BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-22227-GLT
Robert P. Sellati, Jr.  Chapter 13
Robin S. Sellati
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　　　　　　　　　　　　User: auto　　　　　　　　　　　　　　　Page 1 of 4
Date Rcvd: Oct 10, 2023　　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol　　　　Definition**

+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert P. Sellati, Jr., Robin S. Sellati, 3121 Bethel Church Rd, Bethel Park, PA 15102-1203 |
| 15030615 | + | Allegent Community, Federal Credit Union, 1001 Liberty Avenue, Suite 100, Pittsburgh, PA 15222-3726 |
| 14857171 | + | Allied Interstate, PO Box 361445, Columbus, OH 43236-1445 |
| 14857186 | + | Gary E. Cartwright, D.M.D., 2000 Waterdam Plaza Dr., Suite 160, Canonsburg, PA 15317-5411 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Oct 11 2023 04:32:00 | IBM Southeast EFCU, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | + | Email/Text: ebnjts@grblaw.com | Oct 11 2023 04:32:00 | Municipality of Bethel Park, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 11 2023 04:33:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14858962 | | Email/Text: ally@ebn.phinsolutions.com | Oct 11 2023 04:32:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14857172 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 11 2023 04:32:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14857173 | + | Email/PDF: bncnotices@becket-lee.com | Oct 11 2023 04:53:20 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 14857174 | + | Email/PDF: bncnotices@becket-lee.com | Oct 11 2023 04:43:05 | American Express, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14857175 | + | Email/PDF: bncnotices@becket-lee.com | Oct 11 2023 04:53:23 | American Express Hilton Card, PO Box 1270, Newark, NJ 07101-1270 |
| 14885711 | | Email/PDF: bncnotices@becket-lee.com | Oct 11 2023 04:53:17 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14857182 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 11 2023 04:32:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 15347976 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 11 2023 04:33:00 | CSMC 2021-RPL1 Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14857176 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 11 2023 04:42:26 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14889368 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 11 2023 04:43:05 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14893877 | | Email/PDF: bncnotices@becket-lee.com | | |

Case 18-22227-GLT   Doc 123   Filed 10/12/23   Entered 10/13/23 00:34:04   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 10, 2023 | Form ID: pdf900 | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 11 2023 04:53:23 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14857178 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 11 2023 04:53:16 | Citibank, N.A, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 14857179 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 11 2023 04:42:59 | Citibank, N.A., P.O. Box 6286, Sioux Falls, SD 57117-6286 |
| 14857180 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 11 2023 04:42:59 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14857181 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 11 2023 04:32:00 | Citizen's Bank, PO Box 18204, Bridgeport, CT 06601-3204 |
| 14857183 | + | Email/Text: mediamanagers@clientservices.com | Oct 11 2023 04:32:00 | Client Services, Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 14857184 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 11 2023 04:42:44 | Department Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 14880842 | | Email/Text: bnc-quantum@quantum3group.com | Oct 11 2023 04:32:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14857185 | + | Email/Text: egssupportservices@alorica.com | Oct 11 2023 04:33:00 | EGS Financial Care, Inc., PO Box 1020 Dept 806, Horsham, PA 19044-8020 |
| 14857187 | + | Email/Text: bankruptcy@affglo.com | Oct 11 2023 04:33:00 | Global Credit and Collection Corp, PO Box 129, Linden, MI 48451-0129 |
| 14857188 | + | Email/Text: bankruptcy@huntington.com | Oct 11 2023 04:33:00 | Huntingon National Bank, 5555 Cleveland Avenue, GW2W21, Columbus, OH 43231-4048 |
| 14857189 | + | Email/Text: bankruptcy@huntington.com | Oct 11 2023 04:33:00 | Huntington National Bank-EA1W18, PO Box 182387, Columbus, OH 43218-2387 |
| 14857191 | + | Email/Text: bankruptcies@ithinkfi.org | Oct 11 2023 04:32:00 | IBMSECU, Attn: Bankruptcy Dept, PO Box 5090, Boca Raton, FL 33431-0890 |
| 14857190 | + | Email/Text: bankruptcies@ithinkfi.org | Oct 11 2023 04:32:00 | Ibm Southeast Emp Cu, P.o. Box 5090, Boca Raton, FL 33431-0890 |
| 14857192 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 11 2023 04:32:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14857177 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 11 2023 04:42:59 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14857193 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 11 2023 04:32:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14893645 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2023 04:42:31 | LVNV Funding, LLC its successors and assigns as, assignee of Sears National Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14857195 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 11 2023 04:33:00 | Midland Credit Management, Inc., PO Box 13105, Roanoke, VA 24031-3105 |
| 14857194 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 11 2023 04:33:00 | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14857196 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 11 2023 04:33:00 | Midland Funding LLC, PO Box 2001, Warren, MI 48090-2001 |
| 14885987 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 11 2023 04:33:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14882190 | + | Email/Text: ebnjts@grblaw.com | Oct 11 2023 04:32:00 | Municipality of Bethel Park, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14892842 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 11 2023 04:42:44 | Portfolio Recovery Associates, LLC, POB 12914, |

Case 18-22227-GLT   Doc 123   Filed 10/12/23   Entered 10/13/23 00:34:04   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 10, 2023 | Form ID: pdf900 | Total Noticed: 56 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Norfolk VA 23541 |
| 14857198 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 11 2023 04:42:26 | Portfolio Recovery Associates, LLC, Po Box 41067, Norfolk, VA 23541 |
| 14858038 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 11 2023 04:53:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14857197 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 11 2023 04:33:00 | Pennsylvania Department of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14857170 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2023 04:42:45 | R' US Credit Card/Syncb, PO Box 530939, Atlanta, GA 30353-0939 |
| 14857201 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Oct 11 2023 04:42:39 | Sprint Spectrum, 6200 Spring Parkway, Overland Park, KS 66251 |
| 14857199 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2023 04:53:24 | Sam's Club/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14857200 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 11 2023 04:42:59 | Sears Credit Cards, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14857202 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2023 04:42:30 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14888046 | + | Email/Text: bncmail@w-legal.com | Oct 11 2023 04:33:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14857203 | | Email/Text: bncmail@w-legal.com | Oct 11 2023 04:32:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14857204 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 11 2023 04:42:26 | The Home Depot, PO Box 790393, Saint Louis, MO 63179-0393 |
| 14859206 | + | Email/Text: bankruptcy@huntington.com | Oct 11 2023 04:33:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 14857205 | + | Email/Text: BAN5620@UCBINC.COM | Oct 11 2023 04:32:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 14871110 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 11 2023 04:42:58 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14857206 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 11 2023 04:53:16 | Wells Fargo Home Mortgage, PO Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 52

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CSMC 2021-RPL1 Trust |
| cr | | IBM Southeast Employees Federal Credit Union |
| cr | | IBMSECU |
| cr | | WELLS FARGO BANK, N.A. |
| cr | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Oct 10, 2023 | Form ID: pdf900 | Total Noticed: 56 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2023                               Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2023 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
 on behalf of Creditor IBM Southeast Employees Federal Credit Union bnicholas@kmllawgroup.com

Brian Nicholas
 on behalf of Creditor CSMC 2021-RPL1 Trust bnicholas@kmllawgroup.com

Jeffrey R. Hunt
 on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com

Jerome B. Blank
 on behalf of Creditor WELLS FARGO BANK  N.A. jblank@pincuslaw.com, brausch@pincuslaw.com

Maria Miksich
 on behalf of Creditor CSMC 2021-RPL1 Trust mmiksich@kmllawgroup.com

Mario J. Hanyon
 on behalf of Creditor WELLS FARGO BANK  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mark G. Moynihan
 on behalf of Debtor Robert P. Sellati  Jr. mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
 on behalf of Joint Debtor Robin S. Sellati mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Peter E. Meltzer
 on behalf of Creditor Midland Funding LLC bankruptcy@wglaw.com  ibernatski@wglaw.com

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

Sarah Kathleen McCaffery
 on behalf of Creditor CSMC 2021-RPL1 Trust ckohn@hoflawgroup.com

Shawn N. Wright
 on behalf of Joint Debtor Robin S. Sellati shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
 on behalf of Debtor Robert P. Sellati  Jr. shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 14