**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Robert P. Sellati, Jr. & Robin S. Sellati |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Western District of Pennsylvania |
| Case number | 1822227 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 5

**Date of payment change:**
Must be at least 21 days after date of this notice: 01/01/2021

**New total payment:**
Principal, interest, and escrow, if any: $1783.48

**Last 4 digits** of any number you use to identify the debtor's account: 8 1 0 2

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 583.15         New escrow payment: $ 616.33

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%       New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1        Notice of Mortgage Payment Change        page 1

Debtor 1 Robert P. Sellati, Jr. & Robin S. Sellati
First Name    Middle Name    Last Name    Case number (if known)

| Part 4: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Jeremy Anthony          Date  11/24/2020
Signature

Print: Anthony, Jeremy                    VP Loan Documentation
      First Name    Middle Name    Last Name    Title

Company  Wells Fargo Bank, N.A.

Address  MAC N9286-01Y
         Number    Street
         1000 Blue Gentian Road
         Address 2
         Eagan                    MN    55121-7700
         City                     State ZIP Code

Contact phone  800-274-7025         NoticeOfPaymentChangeInquiries@wellsfargo.com
                                    Email

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

Chapter 13 No. 1822227
Judge: Gregory L. Taddonio

In re:

Robert P. Sellati, Jr. & Robin S. Sellati

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before November 25, 2020 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:        By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Robert P. Sellati, Jr. & Robin S. Sellati
3121 Bethel Church Rd

Bethel Park PA 15102

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Debtor's Attorney:   By Court's CM/ECF system registered email address

Mark G. Moynihan
Moynihan Law, P.C.
2 Chatham Ctr Ste 230

Pittsburgh PA 15219

By Court's CM/ECF system registered email address

N/A

Trustee:   By Court's CM/ECF system registered email address

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street

Pittsburgh PA 15219

/s/Jeremy Anthony

VP Loan Documentation

Wells Fargo Bank, N.A.

**WELLS FARGO HOME MORTGAGE**

Return Mail Operations
PO Box 14547
Des Moines, IA 50306-4547

## Escrow Review Statement
*For informational purposes only*

**Statement Date:** November 12, 2020
**Loan number:**
**Property address:**
   3121 BETHEL CHURCH RD
   BETHEL PARK PA 15102-1203

### Customer Service

**Online**
wellsfargo.com

**Telephone**
1-800-340-0473

**Correspondence**
PO Box 10335
Des Moines, IA 50306

**Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

**To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

ROBERT P SELLATI
3121 BETHEL CHURCH RD
BETHEL PARK PA 15102

*PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:

- **Required Minimum Balance:** The escrow account balance is projected to fall below the required minimum balance. This means there is a **shortage**.

- **Payments:** As of the **January 1, 2021** payment, the contractual portion of the escrow payment **increases**.

> **The escrow account has a shortage of $238.90**

## Part 1 - Mortgage payment

**Option 1** — Pay the shortage amount over 12 months

|  | Previous payment through 12/01/2020 payment date | New payment beginning with the 01/01/2021 payment |
|---|---|---|
| **Principal and/or interest** | $1,167.15 | $1,167.15 |
| **Escrow payment** | $583.15 | $616.33 |
| **Total payment amount** | $1,750.30 | $1,783.48 |

**Option 1: No action required**

Starting **January 1, 2021** the new contractual payment amount will be **$1,783.48**

**Option 2** — Pay the shortage amount of $238.90

|  | Previous payment through 12/01/2020 payment date | New payment beginning with the 01/01/2021 payment |
|---|---|---|
| **Principal and/or interest** | $1,167.15 | $1,167.15 |
| **Escrow payment** | $583.15 | $596.42 |
| **Total payment amount** | $1,750.30 | $1,763.57 |

**Option 2: Pay shortage in full**

Starting **January 1, 2021** the new contractual payment amount will be **$1,763.57**

**See Page 2 for additional details.**



ROBERT P SELLATI

Wells Fargo Home Mortgage
PO Box 10394
Des Moines, IA 50306-0394

*Note: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this coupon is being provided for informational purposes only. If your Chapter 13 plan calls for your Chapter 13 Trustee to make the on-going post-petition mortgage payments, please contact your attorney or the Trustee's office before directly sending any amounts relating to this escrow shortage*

If you choose to pay the shortage in full as referenced in Option 2, detach this coupon and mail it along with a check for $238.90 to the address that appears on this coupon.

This payment must be received no later than **January 1, 2021**.

708      3 10 02 00175030 00176357 00198920 00023890 0

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $4,989.09. For the coming year, we expect the amount paid from escrow to be $7,157.09.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

|  | 06/18 - 05/19 (Actual) | 01/19 - 12/19 (Actual) | 01/20 - 11/20 (Actual) | 01/21 - 12/21 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $5,143.68 | $4,852.86 | $4,989.09 | $4,989.09 | ÷ | 12 | = | $415.76 |
| **Property insurance** | $2,145.00 | $2,168.00 | $0.00 | $2,168.00 | ÷ | 12 | = | $180.67 |
| **Total taxes and insurance** | $7,288.68 | $7,020.86 | $4,989.09 | $7,157.09 | ÷ | 12 | = | **$596.42** |
| **Escrow shortage** | $0.00 | $35.47 | $0.00 | **$238.90** | ÷ | 12 | = | $19.91** |
| **Total escrow** | $7,288.68 | $7,056.33 | $4,989.09 | $7,395.99 | ÷ | 12 | = | $616.33 |

**This amount is added to the payment if Option 1 on page 1 is selected.

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| Lowest projected escrow balance  August, 2021 |  | $953.94 | (Calculated in Part 3 - Escrow account projections table) |
|---|---|---|---|
| Minimum balance for the escrow account† | - | $1,192.84 | (Calculated as: $596.42 X 2 months) |
| **Escrow shortage** | = | **-$238.90** |  |

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 12. We take this amount and multiply it by 2 as allowed by state laws and/or the mortgage contract to determine the cash reserve.

Loan Number:

## PART 3 - Escrow account projections

Escrow account projections from January, 2021 to December, 2021

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| Dec 2020 | | | Starting balance | $1,171.67 | $1,410.57 |
| Jan 2021 | $596.42 | $0.00 | | $1,768.09 | $2,006.99 |
| Feb 2021 | $596.42 | $0.00 | | $2,364.51 | $2,603.41 |
| Mar 2021 | $596.42 | $762.52 | ALLEGHENY COUNTY | $2,198.41 | $2,437.31 |
| Apr 2021 | $596.42 | $0.00 | | $2,794.83 | $3,033.73 |
| May 2021 | $596.42 | $0.00 | | $3,391.25 | $3,630.15 |
| Jun 2021 | $596.42 | $0.00 | | $3,987.67 | $4,226.57 |
| Jul 2021 | $596.42 | $0.00 | | $4,584.09 | $4,822.99 |
| Aug 2021 | $596.42 | $497.20 | BETHEL PARK BORO (4) | $4,683.31 | $4,922.21 |
| Aug 2021 | $0.00 | $3,729.37 | BETHEL PARK SD | **$953.94** | **$1,192.84** |
| Sep 2021 | $596.42 | $0.00 | | $1,550.36 | $1,789.26 |
| Oct 2021 | $596.42 | $0.00 | | $2,146.78 | $2,385.68 |
| Nov 2021 | $596.42 | $0.00 | | $2,743.20 | $2,982.10 |
| Dec 2021 | $596.42 | $2,168.00 | ERIE INS | $1,171.62 | $1,410.52 |
| Totals | $7,157.04 | $7,157.09 | | | |

## PART 4 - Escrow account history

Escrow account activity from January, 2020 to December, 2020

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
| Jan 2020 | | | | | | | Starting Balance | $2,497.26 | $1,353.96 | $1,143.30 |
| Jan 2020 | $0.00 | $583.15 | -$583.15 | $0.00 | $0.00 | $0.00 | | $2,497.26 | $1,937.11 | $560.15 |
| Feb 2020 | $583.15 | $583.15 | $0.00 | $0.00 | $0.00 | $0.00 | | $3,080.41 | $2,520.26 | $560.15 |
| Mar 2020 | $1,166.30 | $583.15 | $583.15 | $762.52 | $762.52 | $0.00 | ALLEGHENY COUNTY | $3,484.19 | $2,340.89 | $1,143.30 |
| Apr 2020 | $0.00 | $583.15 | -$583.15 | $0.00 | $0.00 | $0.00 | | $3,484.19 | $2,924.04 | $560.15 |
| May 2020 | $583.15 | $583.15 | $0.00 | $0.00 | $0.00 | $0.00 | | $4,067.34 | $3,507.19 | $560.15 |
| Jun 2020 | $583.15 | $583.15 | $0.00 | $0.00 | $0.00 | $0.00 | | $4,650.49 | $4,090.34 | $560.15 |
| Jul 2020 | $583.15 | $583.15 | $0.00 | $0.00 | $0.00 | $0.00 | | $5,233.64 | $4,673.49 | $560.15 |
| Aug 2020 | $583.15 | $583.15 | $0.00 | $497.20 | $497.20 | $0.00 | BETHEL PARK BORO (4) | $5,319.59 | $4,759.44 | $560.15 |
| Aug 2020 | $0.00 | $0.00 | $0.00 | $3,729.37 | $3,593.14 | $136.23 | BETHEL PARK SD | $1,590.22 | $1,166.30 | $423.92 |
| Sep 2020 | $583.15 | $583.15 | $0.00 | $0.00 | $0.00 | $0.00 | | $2,173.37 | $1,749.45 | $423.92 |
| Oct 2020 | $583.15 | $583.15 | $0.00 | $0.00 | $0.00 | $0.00 | | $2,756.52 | $2,332.60 | $423.92 |
| Nov 2020 | $583.15 | $583.15 | $0.00 | $0.00 | $0.00 | $0.00 | | $3,339.67 | $2,915.75 | $423.92 |
| Dec 2020 (estimate) | $0.00 | $583.15 | -$583.15 | $2,168.00 | $2,145.00 | $23.00 | ERIE INS | $1,171.67 | $1,353.90 | -$182.23 |
| Totals | $5,831.50 | $6,997.80 | -$1,166.30 | $7,157.09 | $6,997.86 | $159.23 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2019 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801  9/19

